IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONNIE R. DUKE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 09-cv-0632-MJR-DGW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|       Defendant. | ) |

ORDER OF REMAND

Reagan, District Judge:

This action seeks judicial review of a final decision made by the Commissioner of the United States Social Security Administration, pursuant to 42 U.S.C. § 405(g). That decision denied Ronnie R. Duke's claim for disability insurance benefits and supplemental security income.

Pursuant to the parties' agreed/joint motion for remand filed March 3, 2010 (Doc. 24) and in accord with the fourth sentence of 42 U.S.C. § 405(g), the Court hereby **REVERSES** the decision of the Commissioner of Social Security and **REMANDS** this matter for further administrative proceedings. On remand, the Administrative Law Judge shall address all medical evidence of record and issue a new decision.

IT IS SO ORDERED.

DATED March 4, 2010.

                                                  s/Michael J. Reagan
                                                  MICHAEL J. REAGAN
                                                  United States District Judge